UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:16-cv-00187-MOC

| | | |
|---|---|---|
| **PHYLLIS COOKE DISHMOND,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Substitute Party (#18). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Substitute Party (#18) is **GRANTED**, and Rickey Dishmond shall be **SUBSTITUTED** as plaintiff in his role as Administrator of Phyllis Cooke Dishmond's estate.

Signed: June 2, 2017

Max O. Cogburn Jr.
United States District Judge